UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>   v.<br><br>A & V PROPERTIES MANAGEMENT, LLC, et al.,<br><br>          Defendants. | Case No. 5:20-cv-08730-EJD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Scott Johnson filed the present action on December 10, 2020. Dkt. No. 1. Defendants answered on January 14, 2021, and there has been no activity in the case since.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Plaintiff is directed to file a written response to this order by **July 2, 2021** and to appear before the Court on **July 15, 2021**, **at 10:00 a.m.** and show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). If Plaintiff fails to file a written response by **July 2, 2021**, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 24, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-08730-EJD
ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED
1